IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSALIO BENITEZ, on Behalf of Himself and Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> KEMORON INTERNATIONAL, INC. D/B/A HUNAN RIVER BISTRO CUISINE AND YUXIA SUN, <br><br> *Defendants*. | CIVIL ACTION NO. 4:06-cv-182 <br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT

The parties have reached a settlement. Therefore, the parties respectfully request a conditional dismissal with a right to seek reinstatement if the settlement cannot be completed within 60 days. A proposed order is attached.

Respectfully submitted,

| **BRUCKNER BURCH PLLC** | **LIN & VALDEZ L.L.P** |
|---|---|
| **/S/ Richard J. Burch** <br> By:_____ <br> Richard J. Burch <br> State Bar No. 24001807 <br> S.D. of Tex. No. 21615 <br> 5847 San Felipe, Suite 3900 <br> Houston, Texas 77057 <br> (713) 877-8788 (Telephone) <br> (713) 877-8065 (Telecopier) <br> ***Attorney-In-Charge for Plaintiff*** | **/S/ Alfred Valdez by permission** <br> By:_____ <br> Alfred Valdez <br> State Bar No. 20426200 <br> S.D. of Tex. No. 6389 <br> 7400 Harwin, Suite 320 <br> Houston, TX 77036 <br> (713) 339-4200 (Telephone) <br> (713) 339-3299 (Telecopier) <br> ***Attorney-In-Charge for Defendants*** |

## CERTIFICATE OF CONFERENCE

 I personally discussed this matter with defense counsel - Alfred Valdez.  The parties agree that this case has been settled and should be conditionally dismissed (with 60 days to move for reinstatement).

                **/S/ Richard J. Burch**
                _____
                Richard J. Burch

## CERTIFICATE OF SERVICE

 A true and correct copy of the foregoing was served upon counsel of record on April 14, 2006.

                **/S/ Richard J. Burch**
                _____
                Richard J. Burch

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSALIO BENITEZ, on Behalf of Himself and Others Similarly Situated, ] ] ] *Plaintiff*, ] ] v. ] ] KEMORON INTERNATIONAL, INC. D/B/A HUNAN RIVER BISTRO CUISINE AND YUXIA SUN, ] ] ] ] ] *Defendants*. ] | CIVIL ACTION NO. 4:06-cv-182  JURY TRIAL DEMANDED |

**ORDER**

On the parties' joint motion, this case is DISMISSED without prejudice to either side moving to reinstate the matter within 60 days if the settlement cannot be consummated.

**SIGNED** at Houston, Texas this ____ day of _____, 2006.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE